American Heritage Federal
Credit Union
Attn: Bankruptcy
2060 Red Lion Rd
Philadelphia, PA 19115-1603

Apex Community Fcu
540 Old Reading
Stowe, PA 19464

Borough of Pottstown
100 E High St
Pottstown, PA 19464-5438

Citadel FCU
Attn: Bankruptcy 520 Eagleview Blvd
Exton, PA 19341

Citibank/Best Buy
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
St Louis, MO 63179-0040

Citibank/The Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
St Louis, MO 63179-0040

Citizens Bank
Attn: Bankruptcy One Citizens Dr
Providence, RI 02903

ComenityCapital/Boscov
Attn: Bankruptcy Dept
PO Box 182125
Columbus, OH 43218

First Digital Card
Attn: Bankruptcy
PO Box 85650
Sioux Falls, SD 57118


First National Bank of
Pennsylvania
Attn: Legal Dept 3015 Glimcher Blvd
Hermitage, PA 16148


Fst Premier
3820 N Louise Ave
Sioux Falls, SD 57107


Grow Credit Inc.
Attn: Bankruptcy 1447 2nd Street
Santa Monica, CA 90401


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Kohl's
Attn: Credit Administrator
PO Box 3043
Milwaukee, WI 53201-3043


Members 1st FCU
Attn: Bankruptcy 5000 Marketplace Way
Enola, PA 17025


Montgomery County Tax
Claim Bureau
1 Montgomery Plz Ste 600
Norristown, PA 19401-4851

Mrc/united Wholesale M
Attn: Bankruptcy P. O. Box 619098
Dallas, TX 75261-9741

One Main Financial
Attn: Bankruptcy
PO Box 3251
Evansville, IN 47731

PECO Energy Company
2301 Market St
Philadelphia, PA 19103-1338

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

Portfolio Recovery Associates, LLC
Attn: Bankruptcy
150 Corporate Blvd
Norfolk, VA 23502-4952

Pottstown School District
230 Beech St
Pottstown, PA 19464-5502

Raymour & Flanigan
Attn: Bankruptcy
PO Box 220
Liverpool, NY 13088

Santander Consumer USA, Inc
Attn: Bankruptcy
95 Amaral St
Riverside, RI 02915-2204

Springleaf Financial S
Po Box 969
Evansville, IN 47706

Synchrony Bank/HHGregg
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank/JCPenney
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Target NB
C/O Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440

Tomocredit
ATTN Bankruptcy 535 Mission Street Floor 14
San Francisco, CA 94105

Tri County Area Fcu
1550 Medical Dr
Pottstown, PA 19464

Truist Financial
Attn: Bankruptcy 214 N Tryon St
Charlotte, VA 28202

U.S. Attorney, Eastern District of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0009

Walmart Credit Services/Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Wells Fargo Bank NA
Attn: Bankruptcy 1 Home Campus MAC X2303-01A 3rd Floor
Des Moines, IA 50328