*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
    James Harold Cooper ) Case No. 24–11808–pmm
     )
     )
    Debtor(s). ) Chapter: 13
     )
     )

## ORDER

    AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated May 29,2024, this case is hereby DISMISSED.

**Date: June 10, 2024**

_Patricia M. Mayer_
_____
Patricia M. Mayer
Judge, United States Bankruptcy Court

Missing Documents:
Certificate of Credit Counseling