United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-11808-pmm |
| James Harold Cooper | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 10, 2024 | Form ID: pdf900 | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | James Harold Cooper, 24 Beech St, Pottstown, PA 19464-5402 |
| 14891780 | + | Apex Community Fcu, 540 Old Reading, Stowe, PA 19464-3732 |
| 14894362 | + | Citadel Federal Credit Union, c/o M. JACQUELINE LARKIN, ESQ., Vaughan McLean, 100 N. 18th Street, Suite 700, Philadelphia, PA 19103-2765 |
| 14891784 | | Citizens Bank, Attn: Bankruptcy One Citizens Dr, Providence, RI 02903 |
| 14891800 | | Santander Consumer USA, Inc, Attn: Bankruptcy, 95 Amaral St, Riverside, RI 02915-2204 |
| 14891805 | + | Tomocredit, ATTN Bankruptcy 535 Mission Street Floor, San Francisco, CA 94105-2997 |
| 14891806 | + | Tri County Area Fcu, 1550 Medical Dr, Pottstown, PA 19464-3225 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 11 2024 11:22:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 11 2024 11:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: bankruptcycollections@citadelbanking.com | Jun 11 2024 11:22:00 | Citadel Federal Credit Union, 520 Eagleview Blvd., Exton, PA 19341-1119 |
| 14891779 | + | Email/Text: jvalencia@amhfcu.org | Jun 11 2024 11:22:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 14891781 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jun 11 2024 11:22:00 | Citadel FCU, Attn: Bankruptcy 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14891782 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2024 11:29:31 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14891783 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2024 11:29:28 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14891785 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 11 2024 11:22:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14891786 | ^ | MEBN | Jun 11 2024 11:19:17 | First Digital Card, Attn: Bankruptcy, PO Box 85650, Sioux Falls, SD 57118-5650 |
| 14891787 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jun 11 2024 11:22:00 | First National Bank of Pennsylvania, Attn: Legal Dept 3015 Glimcher Blvd, Hermitage, PA 16148-3343 |
| 14891788 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 11 2024 11:29:28 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |

| Recipient # | Flag | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 14891789 | | Email/Text: behappy@growcredit.com | Jun 11 2024 11:22:00 | Grow Credit Inc., Attn: Bankruptcy 1447 2nd Street, Santa Monica, CA 90401 |
| 14891790 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 11 2024 11:22:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14891791 | | Email/Text: PBNCNotifications@peritusservices.com | Jun 11 2024 11:22:00 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14891792 | + | Email/Text: Unger@Members1st.org | Jun 11 2024 11:22:00 | Members 1st FCU, Attn: Bankruptcy 5000 Marketplace Way, Enola, PA 17025-2431 |
| 14891793 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 11 2024 11:22:00 | Mrc/united Wholesale M, Attn: Bankruptcy P. O. Box 619098, Dallas, TX 75261-9098 |
| 14891794 | + | Email/PDF: cbp@omf.com | Jun 11 2024 11:29:33 | One Main Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 14891795 | | Email/Text: fesbank@attorneygeneral.gov | Jun 11 2024 11:22:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14891798 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 11 2024 11:29:33 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 150 Corporate Blvd, Norfolk, VA 23502-4952 |
| 14891796 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 11 2024 11:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14891797 | ^ | MEBN | Jun 11 2024 11:19:50 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14891799 | ^ | MEBN | Jun 11 2024 11:19:35 | Raymour & Flanigan, Attn: Bankruptcy, PO Box 220, Liverpool, NY 13088-0220 |
| 14891801 | | Email/PDF: cbp@omf.com | Jun 11 2024 11:29:31 | Springleaf Financial S, Po Box 969, Evansville, IN 47706 |
| 14891802 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 11 2024 11:29:28 | Synchrony Bank/HHGregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14891803 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 11 2024 11:29:28 | Synchrony Bank/JCPenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14891804 | + | Email/Text: bncmail@w-legal.com | Jun 11 2024 11:22:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14891807 | + | Email/Text: bankruptcy@bbandt.com | Jun 11 2024 11:22:00 | Truist Financial, Attn: Bankruptcy 214 N Tryon St, Charlotte, VA 28202-0129 |
| 14891808 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 11 2024 11:22:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14891809 | ^ | MEBN | Jun 11 2024 11:19:30 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14891810 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 11 2024 11:29:33 | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14891811 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 11 2024 11:29:28 | Wells Fargo Bank NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |

TOTAL: 31

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Jun 10, 2024 Form ID: pdf900 Total Noticed: 38

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 12, 2024            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARY JACQUELINE LARKIN | on behalf of Creditor Citadel Federal Credit Union mjlarkin@vaughanmclean.com cgarrett@vaughanmclean.com |
| MICHAEL A. CIBIK | on behalf of Debtor James Harold Cooper help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    James Harold Cooper                        Case No. 24−11808−pmm

    Debtor(s).                                      Chapter: 13

## ORDER

    AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated May 29,2024, this case is hereby DISMISSED.

**Date: June 10, 2024**

_____
Patricia M. Mayer
Judge, United States Bankruptcy Court

Missing Documents:
Certificate of Credit Counseling